PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO GARCIA AGUILAR,<br><br>Defendants. | CASE NO. 5:07-MJ-0023 JLT<br><br>GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

Because the underlying criminal matter in this case was declined for prosecution, it is requested that this matter be dismissed and the arrest warrant recalled.

Dated: May 4, 2021                                   PHILLIP A. TALBERT
                                                                  Acting United States Attorney

                                                      By:  */s/ KAREN A. ESCOBAR*
                                                                  KAREN A. ESCOBAR
                                                                  Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  **May 4, 2021**                          _/s/ Jennifer L. Thurston_
                                                                  CHIEF UNITED STATES MAGISTRATE JUDGE

MOTION TO DISMISS AND PROPOSED ORDER